# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

NICHOLAS DUVIC

NO. 2026 KW 0190

**MAY 18, 2026**

---

In Re:   Nicholas Duvic, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 1702278.

---

**BEFORE:   McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

   **WRIT GRANTED.** The court reporter is ordered to comply with the September 11, 2025 district court order and provide relator with a copy of the February 25, 2019 guilty plea colloquy transcript on or before June 15, 2026.

                    **PMc**
                    **HG**
                    **TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT